742 S.E.2d 403

**KEPA, INC., d/b/a She–Sha Café and Hookah Lounge, Appellant,**

v.

**VIRGINIA DEPARTMENT OF HEALTH, Appellee.**

Record No. 1164–12–3.

Court of Appeals of Virginia.

May 7, 2013.

Before Chief Judge FELTON, Judges ELDER, FRANK, HUMPHREYS, KELSEY, PETTY, ALSTON, McCULLOUGH, HUFF and CHAFIN.

Upon a Petition for Rehearing En Banc

On April 23, 2013 came the appellant, by counsel, and filed a petition requesting that the Court set aside the judgment rendered herein on April 9, 2013, and grant a rehearing *en banc* on the issue(s) raised in the petition.

On consideration whereof, the petition for rehearing *en banc* is granted with regard to the issue(s) raised therein, the mandate entered herein on April 9, 2013 is stayed pending the decision of the Court *en banc,* and the appeal is reinstated on the docket of this Court.

The parties shall file briefs in compliance with Rule 5A:35(b). The appellant shall attach as an addendum to the opening brief upon rehearing *en banc* a copy of the opinion previously rendered by the Court in this matter. It is further ordered that the appellant shall file twelve additional copies of the appendix previously filed in this case. In addition, any party represented by counsel shall file twelve electronic copies of their brief (and the appendix, if the party filing the appendix is represented by counsel) with the clerk of this Court. The electronic copies must be filed on twelve separate CDs or

DVDs and must be filed in Adobe Acrobat Portable Document Format (PDF).[1]

---

1. The guidelines for the creation and submission of a digital brief package can be found at www.courts.state.va.us, in the Court of Appeals section under "Resources and Reference Materials."